District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ERIC KLOCK AND<br>KARL FREDERICK KLOCK<br>PACIFIC BISON, LLC.,<br><br>      Defendants. | CASE NO.  CR14-076RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

  Based on the stipulation of the parties to continue the trial date in this matter, and the facts set forth in the declaration of counsel in support of the motion, which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
*United States v. Klock, et al.*/CR14-076RAJ- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  expect adequate preparation for pretrial proceedings or for trial itself within the time limits
2  established by the Speedy Trial Act and currently set for this case.  18 U.S.C.
3  § 3161(h)(7)(B(ii).
4  4.	Taking into account the exercise of due diligence, a continuance is necessary to allow
5  the defendant the reasonable time for effective preparation of his defense.
6  18 U.S.C. § 161(h)(7)(B)(iv).
7  		NOW, THEREFORE,
8  		IT IS HEREBY ORDERED that the trial date is continued from June 2, 2014 to
9  November 3, 2014 , at 9:00 a.m.  The resulting period of delay from the date of this order up
10 to and including the new trial date of November 3, 2014, is hereby excluded for speedy trial
11 purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).  All pretrial motions, including motions
12 in limine, shall be filed no later than September 4, 2014.
13 		DATED this 6th day of May, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
*United States v. Klock, et al.*/CR14-076RAJ- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970