Judge Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff

NO. CR14-076RAJ

10

ORDER DISMISSING INDICTMENT

11

v.

12
13

ERIC KLOCK and KARL FREDERICK
KLOCK PACIFIC BISON, LLC,

14

Defendants.

15

16      THIS MATTER comes before the Court on the Government's Motion to Dismiss

17  the Indictment in this matter.  Having considered the Government's motion and the files

18  and pleadings herein, and there being no opposition,

19      IT IS HEREBY ORDERED that the Government Motion to Dismiss (Dkt. #36) is

20  GRANTED.  This case is dismissed with prejudice as to Defendants ERIC KLOCK and

21  KARL FREDERICK KLOCK PACIFIC BISON, LLC.

22      DATED this 21st day of August, 2014.

23
24
25      The Honorable Richard A. Jones
        United States District Judge
26
27
28

ORDER DISMISSING INDICTMENT - 1
*United States v. Klock, et al.*/CR14-076RAJ - 1